**107**

Teresa Di Vona
vs.
Lee, City Treasurer

No. 41408

DECISION
March 1, 1918

DORAN, J. There is a mass of testimony which if true tends to show liability and the jury have found liability proven.

As to the amount of damages awarded, the evidence is such that in my opinion the severity of injury indicated by the jury's award is not supported by the weight of the evidence.

New trial granted unless plaintiff with·n ten days of notice of this decision remits all damages in excess of eight hundred dollars.

For plaintiff: Sullivan & Sullivan, and D. A. Colton.

For defendant: Frank H. Wildes.